CAUSE NUMBER 1068375

George W. Bruner
PLAINTIFF

IN THE COUNTY CIVIL COURT

V.S.

Stephen D. D'Ferrante
DEFENDANT

AT LAW NUMBER 3
also 1st COA
Harris County, Tx.
01-15-00926-CV

Motion
Request For

~~NOTICE OF~~ HEARING on EMERGENCY STAY
is requested to be

A MOTION FOR Hearing On Emergency Stay ~~WILL BE~~ HEARD ON
Nov. 4th 2015 AT 10:00 A.M. IN THE COUNTY COURT AT LAW
NUMBER 3.

Hearing not Required/Motion Withdraw Request should 1 COA
of Harris Co. Intervene
in Relator's behalf
thank you, SDD

Granted: _____

Denied: _____

PARTY REQUESTING HEARING:

NAME Stephen D. D'Ferrante
1050 W. 30th
ADDRESS Stephen D. D'Ferrante
Houston, Texas 77018
713 213 8890
PHONE

PARTY YOU WILL NOTIFY OF HEARING:
George W. Bruner, Attorney etal
NAME
12743 Memorial Drive
ADDRESS
Houston, Texas 77024
PHONE 713 464 2878

THIS IS TO CERTIFY THAT ON THIS 2nd DAY OF November, 2015 A TRUE AND
CORRECT COPY OF THIS INSTRUMENT WAS ~~MAILED BY CERTIFIED MAIL RETURN~~
~~RECEIPT REQUESTED #~~ faxed TO ALL OPPOSING PARTIES OR THEIR COUNSEL.

RECEIVED
2015 NOV -2 PM 1:28
COUNTY CLERK

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

NOV - 2 2015

CHRISTOPHER A. PRINE

CLERK _____

Form No. H-01-84 (Rev. 01/01/2011)